AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Juan Chavez, Plaintiff

V.

United States, Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7985**

**JUDGE LYNCH**

TO: (Name and address of Defendant)

United States
c/o Attorney General - U.S. Dept. of Justice
950 Pennsylvania Ave.
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Ashkin
580 Broadway, Ste. 1101 *506*
New York, NY  10012

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 1 2 2007

DATE

⚠AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | September 25, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michele Wood | Secretary |

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[X] Other (specify):   REGISTERED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-16-07
              Date

*Signature of Server*

401 S. Old Woodward, Ste. 450
Birmingham, MI  48009

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States
   Attorney General
   US Dept of Justice
   950 Pennsylvania [Ave]
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   [name]                          SEP 2 5 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Express Mail
   ☑ Certified Mail       ☐ Return Receipt for Merchandise
   ☐ Registered           ☐ C.O.D.
   ☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   Q4 0401 176 955 05

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540