20641.00106-JRG

Stephen R. Campbell, Esq., Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice, P.O. Box 14271
Washington, D.C. 20044-4271
Attorneys for the defendant United States
(202) 616-4026

John R. Geraghty, Esq. (JG-2936)
Trial Attorney
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE, SUITE 302
ROSELAND, NJ 07068
Of Counsel
(973) 618-4100



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| JUAN CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.:   07 civ. 7985 (GEL) <br><br><br> **CASE MANAGEMENT PLAN** |
|---|---|

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. The case is not to be tried by a jury. Scheduling of pre-trial practice should be arranged with a view to having the case ready for trial within approximately six months of the initial pre-trial conference.

2. Joinder of additional parties must be accomplished by January 18, 2008.

3. Amended pleadings may be filed until January 18, 2008.

4. All fact discovery is to be completed by June 13, 2008. Interim deadlines set below may be extended by the parties on consent without application to the Court, provided the parties can still

meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

    A. First request for production of documents, if any, to be served by February 11, 2008.

    B. Interrogatories pursuant to Local Rule 33.3(a) of the Civil Rules of the Southern District of New York to be served by February 11, 2008. No other interrogatories are permitted except upon prior express permission of the Court.

    C. Depositions to be completed by June 6, 2008.

        i. Unless counsel agree otherwise or the Court so Orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

        ii. Depositions shall proceed concurrently.

        iii Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

        iv. No Depositions shall be extended beyond two business days without prior leave of the Court.

    D. Experts, if any, are to be designated by April 30, 2008, and experts' reports exchanged no later than May 20, 2008. Experts may be deposed, but such depositions must occur within the time limit set forth for all depositions set forth above.

    E. Requests to Admit, if any, are to be served no later than April 30, 2008.

5. Dispositive motions are to be served and filed by April 30, 2008.
   Answering papers are to be served and filed by May 18, 2008.
   Reply papers are to be served and filed by June 1, 2008.

   All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov. Note that under those rules, two courtesy copies of all motion papers are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the movant to make sure that copies of all parties' papers are provided at that time.

   Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

6. The joint pretrial order shall be filed no later than thirty days after completion of discovery, or after the final decision of any dispositive motion, whichever is later, unless a different date is set by order of the Court. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules

7. Counsel consent to a trial by a U.S. Magistrate Judge.

        Yes _____        No \_\_\_X\_\_\_

**NEXT CASE MANAGEMENT CONFERENCE** <u>June 20, 2008 at 11 a.m.</u>

Dated: New York, New York
~~December 21, 2007~~
Jan. 2, 2008

SO ORDERED:

_____
Gerard E. Lynch, U.S.D.J.

11/649510.v1