UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CHAVEZ,

    Plaintiff,

-vs-                                      Case No: 1:07-cv-07985-GEL

UNITED STATES

    Defendant.
_____/

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Howard M. Cohen
O'Bryan Baun Cohen Kuebler
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax

Howard M. Cohen is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Howard M. Cohen.

                                                ROBERTA E. ASHKIN (#115461515)
                                                Local Counsel
                                                580 Broadway, Ste. 1101
                                                New York, NY 10012
                                                212-965-0010
                                                212-965-1301 - fax
                                                robertaashkin@aol.com

Dated:

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 21st day of February 2008 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

John R. Geraghty
MARSHALL DENNEHEY
    WARNER COLEMAN & GOGGIN
425 Eagle Rock Ave., Ste. 302
Roseland, NJ 07068

_____

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Howard Michael Cohen*

was admitted to the practice of law in the courts of the State of Michigan on

*May 18, 1988*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: February 19, 2008

_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CHAVEZ,

    Plaintiff,

-vs-                                            Case No: 1:07-cv-07985-GEL

UNITED STATES

    Defendant.
_____/

STATE OF NEW YORK    )
                              )SS
COUNTY OF              )

### AFFIDAVIT OF ROBERTA E. ASHKIN
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Roberta E. Ashkin, being duly sworn, deposes and says as follows:

1.    I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Howard M. Cohen as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Howard M. Cohen since 2007.

4.    Howard M. Cohen is associated with the firm of O'Bryan Baun Cohen Kuebler in

1

Birmingham, Michigan.

5.  I have found Howard M. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Howard M. Cohen, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Howard M. Cohen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Howard M. Cohen, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me
this ___ day of _February_, 2008.

_____

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4818174
Qualified in New York County
Commission Expires May 31, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CHAVEZ,

      Plaintiff,

-vs-                                                Case No: 1:07-cv-07985-GEL

UNITED STATES

      Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Howard M. Cohen
> O'Bryan Baun Cohen Kuebler
> 401 S. Old Woodward, Ste. 450
> Birmingham, MI 48009
> (248) 258-6262
> (248) 258-6057 fax
> hcohen@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

1

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:

_____
United States District Judge